Charles M. Sabo 006200
Charles M. Sabo, P.C.
4700 S. Mill Avenue, Ste. 7
Tempe, Arizona 85282
Telephone: (480) 820-5931
Fax: (480) 820-8099
e-mail: charlessabopc@earthlink.net
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT, DISTRICT OF ARIZONA

In re:

PAULA CASTILLO,

    Debtors.

BAC HOME LOANS SERVICING, LP

    Movant,

vs.

PAULA CASTILLO,
RUSSELL A. BROWN, Trustee,

    Respondents.

No. 2:09-bk-13983 EWH

Chapter 13 Proceeding

RESPONSE AND OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW the above-captioned Debtor, PAULA CASTILLO, by and through counsel undersigned, and hereby responds and objects to the Motion to Lift the Automatic Bankruptcy Stay filed by BAC Home Loans Servicing, LP. This response and objection is supported by the Memorandum of Points and Authorities hereunder.

DATED this 7th day of December, 2009.

CHARLES M. SABO, P.C.

By /s/ CMS ABN 006200
CHARLES M. SABO
4700 South Mill Avenue, Ste. 7
Tempe, Arizona 85282
Attorney for Debtor

1

MEMORANDUM OF POINTS AND AUTHORITIES

As asserted in its Motion, Movant is the holder and owner of a Promissory Note and a Deed of Trust which is a lien upon real property owned by Debtor. Movant asserts a secured claim in the amount of $162,000.00. In her Chapter 13 Schedules, Debtor alleges a present fair market value of $78,000.00.

Bankruptcy Code §362(d) provides that relief from the automatic stay may only be granted (1) for cause, including the lack of adequate protection of an interest in property or (2) the Debtor has no equity in the property and the property is not necessary to an effective reorganization. In the instant matter, neither ground for relief exists.

Movant's interest in the property is adequately protected. Debtor's Chapter 13 Plan provides that Movant shall retain its security interest in the real property and that Debtor will make regular post-petition mortgage payments outside the plan while mortgage arrearages shall be paid through the Plan.

While there is no equity in the property, the property is clearly necessary for an effective reorganization. Debtor's Chapter 13 Plan is funded by earnings from employment. Debtor obviously needs a residence in which to live and from which to carry on employment in order to fund her Chapter 13 Plan.

WHEREFORE, no grounds exist for relief from the automatic stay pursuant to §362(d) of the Bankruptcy Code and Debtors request that the Motion of BAC Home Loan Servicing, LP for relief from the automatic stay be denied and that the automatic stay remain in full force and effect.

RESPECTFULLY SUBMITTED this 7th day of December, 2009.

CHARLES M. SABO, P.C.

By /s/ CMS ABN 006200
CHARLES M. SABO
4700 South Mill Avenue, Ste. 7
Tempe, Arizona 85282
Attorney for Debtor

Copy of the foregoing mailed/
delivered this 7th day of

December, 2009 to:

Tiffany & Bosco
2525 E. Camelback Road
Third Floor
Phoenix AZ 85016

Russell A. Brown, Trustee
3838 N. Central Avenue, #800
Phoenix, AZ 85012


By  /s/ Erin K. Brusca